**Edna Mae Willey, Plaintiff-Appellant, v. George Louis Willey, Defendant-Appellee.**

**Gen. No. 10,440.** ▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Simpson & Simpson, for appellant; J. P. Simpson, of counsel; William C. O'Brien, for appellee; William C. O'Brien, Wilson D. Burnell, and Donald L. Puckett, of counsel. Opinion by Justice Anderson. Not to be published in full. Opinion filed July 12, 1951; rehearing granted October 2, 1951; new opinion filed March 4, 1952; rehearing denied May 7, 1952; released for publication May 7, 1952.